

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Thomas Cavalier,<br><br>                              **Plaintiff,**<br>                    V.<br>Governor Gavin Newsom; John Doe, Director of BPH Operations; Randy Grounds, BPH Commissioner; Ralph Diaz, Secretary CDCR,<br><br>                              **Defendant.** | Civil Action No. 20-cv-1398-MMA-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) without prejudice to Plaintiff's pursuit of the same claims against the same parties which are currently pending in Cavalier v. Pollard, et al., S.D. Cal. Civil Case No. 3:20-cv-01379-DMS-AHG. The Court denies as moot Plaintiff's Motion to Proceed In Forma Pauperis.

| | |
|---|---|
| **Date:**       7/24/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ T. Ferris<br>                                             T. Ferris, Deputy |